# AFFIDAVIT
## of
## SEAN MCDERMOTT
## FEDERAL BUREAU OF INVESTIGATION

I, Sean McDermott, being duly sworn, do herby depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation (FBI) and am assigned to the Jefferson City, Missouri Office. I have been an SA with the FBI for approximately twenty (20) years. In the course of my career, I have participated in numerous investigations concerning violations of Title 18 United States Code (U.S.C). I am currently assigned to criminal investigations involving bank robberies. I have conducted and assisted with investigations regarding computers, cell phones, and other related electronic storage devices and their use to commit and/or further crimes.

2. This affidavit is made in support of an application for a search warrant to search for and seize instrumentalities, fruits and evidence of violations of Title 18 U.S.C. § 2113(a) [Bank Robbery], 18 U.S.C. § 1951(a) [Hobbs Act], 18 U.S.C. § 371 [Conspiracy], and 18 U.S.C. § 922(g)(1) [Felon in Possession]. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes further described in Attachment B.

3. I make this affidavit in support of an application for a search warrant for cellular telephone number 660-537-1445, with service provided by AT&T, and believed to be in the possession of JACOB HESSING during the planning of an armed robbery.

4. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for search warrants under 18

U.S.C. § 2703(c)(1)(A) to require AT&T to disclose to the Government copies of the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, Government-authorized persons will review the information to locate items described in Section II of Attachment B.

5. The information in this affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and other persons. The information in this affidavit is submitted for the limited purpose of establishing probable cause in connection with the present application and is not intended as a complete statement of all facts related to this investigation.

## Probable Cause

6. On September 9, 2023, the Missouri Information Analysis Center (MIAC) released an alert to law enforcement personnel of an attempted robbery of Exchange Bank of Missouri in New Franklin, Missouri that occurred that morning by an unknown male suspect armed with an AR-15 style rifle and carrying a black bag. The suspect was described as approximately 5'10" tall wearing a black hooded sweatshirt, black pants, black boots, black glasses, and a white facemask. The MIAC alert reported the suspect was believed to have entered an older-model maroon Chevrolet Equinox (SUBJECT VEHICLE) with no registration. The following photographs were included with the MIAC alert:

   

2

7. Video from a surveillance camera mounted on the exterior of Exchange Bank of Missouri, 102 E Broadway Street, New Franklin, Missouri, was acquired and reviewed. This video captured traffic on E Broadway Street on September 9, 2023, from approximately 09:15:28 to 09:30:26. This video recorded the SUBJECT VEHICLE driving westbound on E Broadway Street at approximately 09:19:02. An individual who appeared to be carrying a rifle attempted to enter Exchange Bank of Missouri at approximately 09:24:34, but the door was locked. Another individual is visible in the driver's seat of the Equinox as the suspect walks towards the bank.

8. Video from two surveillance cameras mounted on the exterior of Jennings Premium Meats, 125 E Broadway Street, New Franklin, MO, was acquired and reviewed. These videos captured traffic on E Broadway Street on September 9, 2023, from approximately 9:18am to 9:26am. These videos recorded the SUBJECT VEHICLE driving westbound on E Broadway Street at approximately 09:18:51. An individual walked away from Exchange Bank of Missouri and entered the passenger side of the parked SUBJECT VEHICLE at approximately 09:24:48. The SUBJECT VEHICLE then departed eastbound on E Broadway Street, turning southbound onto S Howard Street at approximately 09:25:01.

9. The video surveillance also showed peculiarities and unique damage on the SUBJECT VEHICLE described above. These unique features are described below with the accompanying still images taken from the above-described surveillance video:

> a. The driver's side wheels each had intact center caps whereas the center caps were both missing on the passenger side of the SUBJECT VEHICLE:





b. On the tailgate of the SUBJECT VEHICLE, below the branding, there was a white or light-colored rectangular sticker:

4



c. Visible on the rear passenger side fender area of the SUBJECT VEHICLE was a dent and what appeared to be a rust spot:



d. An object was visible hanging from the rearview mirror of the SUBJECT VEHICLE:

5



  e. Both rear tires of the SUBJECT VEHICLE were discolored, particularly on the passenger side:




10. These same peculiarities and unique damage can be seen on the Chevrolet Equinox located by FBI Agents parked in the back driveway at 203 E Broadway Street, New Franklin, Missouri, on October 30, 2023. The home at this address is occupied by JACOB HESSING and TRISTEN HESSING. This vehicle is registered to TRISTEN HESSING at this address. The license plate number is EK1E7L, State of Missouri. Below are corresponding photographs taken by FBI Agents on October 30, 2023, for various peculiarities seen on the video surveillance described above:

6

a. The wheel caps on the driver's side on the Chevrolet Equinox located at 203 E Broadway Street, New Franklin, Missouri remained intact, and the wheel caps on the passenger side were missing:



b. Below the Equinox branding on the driver's side of the tailgate there was a rectangular white sticker on the Chevrolet Equinox located at 203 E Broadway Street, New Franklin, Missouri:

7



c. On the rear passenger side fender area of the Chevrolet Equinox located at 203 E Broadway Street, New Franklin, Missouri there was a dent and what appeared to be a rust spot:



d. An object was visible hanging from the rearview mirror of the Chevrolet Equinox located at 203 E Broadway Street, New Franklin, Missouri:

8



11. As previously noted, surveillance video captured the SUBJECT VEHICLE departed eastbound on E Broadway Street and turned southbound onto S Howard Street after the attempted robbery. Following is a map highlighting the route from Exchange Bank of Missouri, 102 E Broadway Street, New Franklin, Missouri, to the HESSING's back driveway:



9

12. FBI Special Agents contacted JACOB HESSING at 203 E Broadway Street, New Franklin, Missouri. JACOB HESSING reported he had not loaned the Chevrolet Equinox parked in his driveway to anyone. TRISTEN HESSING subsequently arrived home driving a different vehicle. TRISTEN HESSING reported the Chevrolet Equinox had not been loaned to anyone since her brother moved out in approximately June 2023.

13. On October 30, 2023, FBI Special Agents executed residential search warrant 23-SW-03071-WJE at 203 E Broadway, New Franklin, Missouri. During the course of the search, Special Agents discovered an empty long gun case for a rifle or shotgun in the HESSING's master bedroom. A Diamondback Firearms DB15 5.56mm Rifle was subsequently located beside HVAC ductwork on top of a foundation wall in the residence's partially excavated basement:



14. The FBI's Forensic Audio Visual Image Analysis Unit (FAVIAU) identified multiple similarities between the wear pattern on the rear passenger tire of the SUBJECT VEHICLE and the HESSING's Chevrolet Equinox:

10

Case 2:24-sw-03004-WJE   Document 1-1   Filed 02/15/24   Page 10 of 15






*Images of Questioned Vehicle*        *Images of Known Chevrolet Equinox*

15. Investigation revealed TRISTEN HESSING was employed at Sisters Supportive Living in Boonville, Missouri. An administrator at Sisters Supporting Living reported TRISTEN HESSING did not work there on September 9, 2023.

16. On September 8, 2023, JACOB HESSING's former employer, Michael Walters, reported to the Boonville Police Department that JACOB HESSING utilized telephone number 660-537-1445.

17. JACOB HESSING's friend, Jeremy Miller, reported to the FBI that JACOB HESSING utilized cellular telephone number 660-537-1445.

18. The FBI acquired a copy of a recorded telephone call made by Western Reception Diagnostic & Correctional Center inmate Ethan Hessing (JACOB HESSING's brother) to

11

telephone number 660-537-1445 on October 31, 2023. From the context of the conversation, it was assessed that Ethan Hessing was speaking with JACOB HESSING during this call.

19. AT&T reported telephone number 660-537-1445 was activated on April 12, 2023. Call detail records documented telephone number 660-537-1445 was in use on the morning of September 9, 2023.

20. Based upon my review of the evidence obtained in this investigation to date, JACOB HESSING and TRISTEN HESSING appear to have been involved in the attempted armed robbery of Exchange Bank of Missouri in New Franklin, Missouri, on September 9, 2023. The cell site location data for the cellular telephone utilized by JACOB HESSING will show his location before, during, and after this attempted armed robbery. Therefore, I believe that further information as to JACOB HESSING's involvement in this attempted armed robbery could be obtained with cell site location data for telephone number 660-537-1445 on September 9, 2023.

21. In my training and experience, I have learned that AT&T is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (i.e., faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other

types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

22. Based on my training and experience, I know that AT&T can collect cell-site data about cellular telephones. I also know that wireless providers such as AT&T typically collect and retain cell-site data pertaining to cellular phones to which they provide service in their normal course of business in order to use this information for various business-related purposes.

23. Based on my training and experience, I know that wireless providers such as AT&T typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as AT&T typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the user or users of cellular telephones and may assist in the identification of co-conspirators and/or victims.

## Authorization Request

24. AT&T is a provider of an electronic communications service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Accordingly, the United States may use a search warrant, issued under Fed. R. Crim. P. 41 and 18 U.S.C. § 2703(c)(1)(A), to require AT&T to disclose the items described in Part I of Attachment

13

B, because the items described in Part I are records or other information pertaining to a subscriber to or customer of such service, and the records are not the contents of communications.

25. This Court has jurisdiction to issue the proposed Order because it is "a court of competent jurisdiction," as defined in 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(c)(1)(A). Specifically, the Court is a magistrate court of the United States that has jurisdiction over the offenses being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

26. Based on the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. § 2113(a) [Bank Robbery], 18 U.S.C. § 1951(a) [Hobbs Act], 18 U.S.C. § 371 [Conspiracy], and 18 U.S.C. § 922(g)(1) [Felon in Possession] have been committed by JACOB HESSING. There is also probable cause to search the information described in Attachment A for evidence of these crimes as further described in Attachment B.

27. Based on the foregoing, I request that the Court issue the proposed search warrants, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

28. I further request that the Court direct AT&T to disclose to the Government any information described in Section I of Attachment B that is within its possession, custody, or control. Because the warrant will be served on AT&T, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

29. The facts set forth in this affidavit are true and correct to the best of my knowledge and belief.

Further, Affiant sayeth not.

_____
Sean McDermott
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, on this, the 15th day of February 2024.

_____
Willie J. Epps, Jr.
Chief United States Magistrate Judge

15